PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3795
_____

UNITED STATES OF AMERICA
v.

DUNG BUI a/k/a DANNY BUI

Dung Bui, Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA
(D.C. Crim. Action No. 5-08-cr-00427-002)
District Judge: Honorable Legrome D. Davis
_____

Submitted Under Third Circuit LAR 34.1(a)
June 26, 2014
_____

ORDER AMENDING OPINION

It appears that the full text of footnote number 1 did not appear in the version of the opinion filed earlier today. Accordingly, it is hereby ordered that an amended opinion is hereby filed.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: October 20, 2014